<u>**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | CASE NO. 16-065-BAH |
| | * | |
| JOSE GONZALEZ-VALENCIA | * | |

\* \* \* \* \* \* \* \* \*

<u>**MOTION TO ENTER APPEARANCE**</u>

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Alfred Guillaume, Esq. hereby moves this Honorable Court to enter his appearance on behalf of the Defendant in the above captioned case.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, Esq.  #MD0085
Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 29th day of NOVEMBER 2021, a copy of this motion was sent electronically via CM/ECF to all parties of record.

*Alfred Guillaume*
Alfred Guillaume III, Esq.