IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     *

v.                           *   Case No. 16-065-2-BAH

JOSE GONZALEZ VALENCIA       *

* * * * *

**DEFENDANT'S MOTION TO CONTINUE**

Jose Gonzalez Valencia, by and through counsel, Alfred Guillaume III, moves this Honorable Court to continue the deadline for choosing a new schedule from November 29, 2021, until December 6, 2021. The grounds for this relief are as follows:

1. On or about November 15, 2021, undersigned counsel was informed that Mr. Gonzalez-Valencia sought to obtain privately retained counsel.

2. On November 22, 2021, prospective retained counsel informed undersigned counsel that they are still attempting to finalize the details of their representation with Mr. Gonzalez-Valencia.

3. Undersigned counsel believes that he will have a definitive answer on the issue of Mr. Gonzalez-Valencia's representation by December 6, 2021.

4. Undersigned counsel has been in contact with the government and codefendant Gerrado Gonzalez-Valencia's counsel with respect to Jose Gonzalez-Valencia's representation issue.

5. Both the government and co-defendant Gerrado Gonzalez-Valencia agree to consent to a one-week extension solely for the purpose of undersigned counsel determing whether he will remain as trial counsel.

1

6. Counsel for codefendant Gerrardo Gonzalez-Valencia is the only party that opposes a continuance of the February 7, 2022, trial date, and is not willing to waive speedy trial past that date but otherwise consents to this one-week continuance.

WHEREFORE, the defendant Jose Gonzalez Valencia, respectfully requests that the scheduling deadline be continued until December 6, 2021.

Respectfully submitted,

*Alfred Guillaume*
_____
Alfred Guillaume III, #MD0085
Law Offices of Alfred Guillaume III
6305 Ivy Ln. Suite 700
Greenbelt, MD 20770
301-377-2158

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of November 2021, a copy of the foregoing Motion was served electronically to all parties of record, including to the Office of the United States Attorney for the District of Columbia.

*Alfred Guillaume*
_____
Alfred Guillaume III