UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 16 CR. 065 (BAH) |
| v. | : | |
| JOSE GONZALEZ-VALENCIA | : | |
| Defendant. | : | |

NOTICE OF ENTRY OF APPEARANCE

The Clerk of this Court and all parties herein, shall take notice that the undersigned is entering an appearance as retained counsel in this matter.

    Robert Feitel, Esquire
    Law Office of Robert Feitel
    1300 Pennsylvania Avenue, N.W.
    #190-515
    Washington, D.C.  20004
    D.C. Bar No. 366673
    202-450-6133 (office)
    202-255-6637 (cellular)
    RF@RFeitelLaw.com

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to Trial Attorneys Kaitlin Sahni, Kate Naseef, Kirk Handrich, Narcotic and Dangerous Drug Section, this 9th day of March , 2022.

*Robert Feitel*

_____

Robert Feitel