UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>GERARDO GONZALEZ-VALENCIA, )<br>   also known as "Lalo," "Flaco," )<br>   "Silver," "Silverio," "Eduardo," and )<br>   "Lalinc," )<br>)<br>and )<br>)<br>JOSE GONZALEZ-VALENCIA, )<br>   also known as "Jafett Arias-Becerra," )<br>   "Chepa," "Camaron," and "Santy," )<br>)<br>Defendants. ) | CRIMINAL NO. 1:16-CR-065<br><br>Filed with the Classified<br>Information Security Officer<br>CISO _Daniella Medel_<br>Date _03/31/2022_ |

**MOTION TO DELETE AND SUBSTITUTE CLASSIFIED INFORMATION IN
DISCOVERY PURSUANT TO THE
CLASSIFIED INFORMATION PROCEDURES ACT**