# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GERARDO GONZALEZ-VALENCIA,**<br>       Defendant. | **CRIMINAL NO. 16-CR-065 (BAH)** |

## [PROPOSED] ORDER

Upon consideration of the Defendant's Motion for Leave to Exceed Page Limitation and the record in this case, it is **ORDERED** that the Defendant's Motion **IS GRANTED**; and it is further **ORDERED** that Defendant Gerardo Gonzalez-Valencia is permitted to file his Motion to Dismiss or, in the Alternative, for *In Camera* Review, and Incorporated Memorandum of Points and Authorities, not to exceed fifty (50) pages.

**SO ORDERED** this _____ day of _____, 2022.

_____
The Honorable Beryl A. Howell
United States District Court Judge for the
District of Columbia