UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 1 - 2022
Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 16-CR-0065 |
| | ) | |
| JOSE GONZALEZ VALENCIA, | ) | |
| also known as | ) | |
| "Jafett Arias-Becerra," "Chepa," | ) | |
| "Camaron," and "Santy," | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATEMENT OF STIPULATED FACTS

The statement of facts does not purport to include all of the Defendant's illegal conduct during the course of his charged offense. Nor does it purport to be an inclusive recitation of all that the Defendant heard, knew, or witnessed concerning the illegal activities of himself or those of his conspirators. It represents sufficient information for the Court to find a factual basis for accepting the Defendant's guilty plea in the above-captioned matter and is not intended to represent all of the Defendant's relevant conduct for sentencing purposes. Had the Defendant proceeded to trial, the Defendant agrees that the Government's evidence would show the following beyond a reasonable doubt:

1.   From at least in or about 2006 and continuing thereafter up to and including October 26, 2016, within the countries of Mexico, the United States, and elsewhere, the Defendant, JOSE GONZALEZ VALENCIA, did unlawfully, knowingly, willfully, and intentionally combine, conspire, confederate and agree with other conspirators, both known and unknown, to commit the following offense against the United States, to wit to distribute at least four hundred fifty (450) kilograms or more of cocaine, a Schedule II controlled substance,

intending and knowing that it would unlawfully be imported into the United States in violation of 21 U.S.C. §§ 959, 960(a)(3), 960(b)(1)(B)(ii), and 963 and 18 U.S.C. § 2.

2. During the course and in furtherance of the conspiracy, the Defendant was a leader of a drug trafficking organization ("DTO") known as "Los Cuinis," which, from in or about January 2006 and continuing thereafter up to and including October 26, 2016, regularly purchased bulk quantities of cocaine from Colombia, transported the cocaine to Central America and Mexico by aircraft and maritime vessels, and illegally imported the cocaine into the United States and Europe for further distribution.

3. From approximately 2010 through at least October 26, 2016, Los Cuinis worked closely with the Cartel de Jalisco Nueva Generacion (CJNG), a Mexico-based DTO, and financed the CJNG's drug trafficking operations.

4. The drug trafficking operations of Los Cuinis were extensive, and the DTO had more than five participants.

5. The Defendant agrees that he was responsible for arranging the transportation of cocaine from Central America into Mexico on behalf of Los Cuinis. The Defendant also personally invested in multi-hundred- and multi-thousand-kilogram shipments of cocaine transported from Colombia to Central America and Mexico for unlawful importation into the United States for further distribution.

6. The Defendant agrees that, in approximately 2007, he and others invested in a shipment of at least 4,000 kilograms of cocaine that the Defendant knew would be transported from Colombia to a location off the coast of Guatemala in the Pacific Ocean using a semi-submersible vessel. The Defendant understood that the cocaine would be transported from the semi-submersible to Mexico via go-fast boats. The Defendant further agrees that the U.S. Coast

Guard interdicted the semi-submersible carrying the shipment of at least 4,000 kilograms of cocaine in which he invested in the Pacific Ocean on or about August 21, 2007. The Defendant agrees that the crew scuttled the semi-submersible, and the U.S. Coast Guard recovered approximately 280 kilograms of cocaine from the water in the location where the semi-submersible sank. The Defendant agrees that the 280 kilograms of cocaine recovered by the U.S. Coast Guard were only part of the semi-submersible shipment in which he invested. The Defendant knew and intended that the cocaine on board the semi-submersible ultimately would be imported into the United States

7. The Defendant admits that he communicated with co-conspirators via BlackBerry Messenger (BBM) using the screen name "Santy." In BBM communications, the Defendant arranged the sale of multi-kilogram quantities of cocaine with payment in U.S. dollars.

8. The Defendant admits that, in approximately 2005, as part of the conspiracy and during his participation in it, he directed the use of violence against an individual who allegedly stole a shipment of approximately 1,000 kilograms of cocaine belonging to Los Cuinis.

9. The Defendant admits that, from approximately 2002 to 2004, while attending meetings in Chiapas and Tabasco, Mexico, to arrange the receipt of cocaine shipments and during his participation in the conspiracy, and for the purpose of protecting himself and the cocaine shipment, the Defendant carried a pistol on his person.

10. The Defendant further admits that in approximately October of 2013, he supplied rifles and ammunition to a co-conspirator who was a member of the CJNG.

11. The Defendant admits that the total amount of cocaine involved in this conspiracy for which he had actual knowledge and involvement was well over 450 kilograms.

12. The Defendant admits that he was aware that more than 450 kilograms of the

cocaine was going to be illegally imported into the United States for further distribution. The Defendant agrees venue and jurisdiction lie with this Court pursuant to 18 U.S.C. § 3238.

13. The Defendant also agrees that his participation as a conspirator in the above-described acts were in all respects knowing, intentional, and willful, reflecting an intention and deliberation to do something the law forbids, and were not in any way the product of any accident, mistake of law or fact, duress, entrapment, or public authority.

14. With his signature below and that of his counsel, the Defendant agrees that he has fully adopted this statement of facts as his own statement. The Defendant is adopting this statement of facts because it is a true and correct summary of the Defendant's own conduct.

15. The Defendant is pleading guilty because the Defendant is in fact guilty.

Respectfully submitted,

ARTHUR WYATT
CHIEF, NARCOTIC & DANGEROUS DRUG SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

Date: 11/8/22   By: _____
KAITLIN J. SAHNI
KIRK HANDRICH
KATE NASEEF
Trial Attorneys

Approved by:

Date: 11/8/22   By: _____
KATHARINE A. WAGNER
Acting Deputy Chief of Litigation

## DEFENDANT'S ACKNOWLEDGMENT

I have reviewed this Statement of Facts with the assistance of an English-Spanish interpreter, and have discussed it at length with my attorney, Robert Feitel, Esq., who speaks fluent Spanish. This Statement of Facts has been translated into Spanish for me. I understand that the English version controls. I fully understand this Statement of Facts and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Facts fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in the accompanying Plea Agreement dated November 8, 2022. I am satisfied with the legal services provided by my attorney in connection with this Statement of Facts, the accompanying Plea Agreement, and all matters related to it.

*José Gonzalez Valencia*    11/15/22

_____    _____
JOSE GONZALEZ VALENCIA            Date
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I am the Defendant's attorney. I am fluent in Spanish and I have fully explained to the Defendant, his rights and the applicable provisions of the Sentencing Guidelines. I have carefully reviewed every part of this Statement of Facts with the Defendant. The Defendant is agreeing to this Statement of Facts voluntarily, intelligently, and with full knowledge of all consequences of the Defendant's plea of guilty.

_____    11/15/22
ROBERT FEITEL, ESQ.                Date
Attorney for Defendant